IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GREENVILLE VENTURES LLC,** *Plaintiff*, | : CIVIL ACTION |
| v. | : |
| **JAMES JANNUZZIO, et al.,** *Defendant.* | : NO. 22-3214 |
| **JAMES JANNUZZIO, et al.,** *Third Party Plaintiffs,* | : |
| v. | : |
| **GREENVILLE VENTURES LLC,** *Nominal Counter Defendant,* | : |
| and | : |
| **PETER C. DANBY, et al.,** *Third Party Defendants.* | : |

## ORDER ON MOTION FOR PROTECTIVE ORDER (ECF 55) AND MOTION TO COMPEL (EFC NO. 57)

This Order resolves and decides the issues raised in the Jannuzzio Parties' Motion for Protective Order (ECF No. 55) and the Motion to Compel Answers to Interrogatories and Production of Documents filed by Greenville Ventures LLC and GV Holdco LLC (collectively "Greenville") (ECF No. 57).

### RESOLUTION OF CERTAIN ISSUES BY AGREEMENT OF THE PARTIES

1. Counsel for the Jannuzzio Defendants and Greenville reasonably resolved their disputes as to all of the interrogatories and all but four of the requests for production of documents that were the subject of these two motions. The agreements by counsel for the parties resolving those issues are set forth in counsel for the Jannuzzio Parties' January 17, 2023 letter and the supplement that accompanied the letter. As stated in that letter and supplement, the

Jannuzzio Parties have agreed to produce certain additional responsive documents on or before January 30, 2023. In the unlikely event that there are disputes involving the production of the additional documents, counsel for the parties may raise any such issues by letter directed to me (with copies to all counsel) and any such issues will promptly be resolved without filing any further motions.

**DECISION ON DISPUTED REQUESTS FOR PRODUCTION OF DOCUMENTS**

2. With respect to Document Requests Nos. 24 and 25, the motion for protective order is DENIED and the motion to compel is GRANTED. As stated on the record of the oral argument on these motions on January 19, 2023, the term "communications" in both of the document requests requires the Jannuzzio Parties to conduct a reasonably diligent search in accordance with Rule 34 for (and produce) all non-privileged communications from January of 2021 through July 31, 2021 involving one or more of the defendants on the subject of forming or starting the new businesses referred to in the Document Requests Nos. 24 and 25. Document Request Nos. 24 and 25 also require the Jannuzzio Defendants to produce all operating agreements, LLC agreements, by-laws or other documents that created or that evidence of the formation of either of these two entities.

3. Document Request No. 27 calls for production of all documents and communications relating to social media posts or ads run by Tondo or any Tondo Business Lines. The Jannuzzio Defendants shall have no obligation to search for the social media posts themselves, which are publicly available documents and voluminous. With respect to the "communications" about social media posts referred in Document Request No. 27, for each of the three stores identified on the record during the January 19 oral argument (Frontline, Armed Forces and Sunset), the Jannuzzio Parties shall conduct a search for and produce all non-

privileged communications by or on behalf of the Defendants within the time period beginning one month before and three months after the opening of those stores that include any form of the word "ads" or "advertisements".

4. With respect to Document Request No. 47, the Motion to Compel is DENIED except, as proposed by their counsel, the Jannuzzio Parties shall search for and produce all non-privileged communications with its sourcing agents using the term "Greenville". Greenville and GV Holdco's post-argument proposal of additional search terms will be considered on an expedited basis and further searches may be required.

5. The Jannuzzio Parties shall produce the documents specified in paragraphs 2 – 4 of this Order within twenty (20) days.

6. In all other respects, the Motion for Protective Order and Motion to Compel are DENIED.

JOSEPH C. CRAWFORD
SPECIAL MASTER

Dated: January 23, 2023