IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GREENVILLE VENTURES LLC,** *Plaintiff,* | : : : | CIVIL ACTION |
| v. | : : | |
| **JAMES JANNUZZIO, et al.,** *Defendant.* | : : : | NO. 22-3214 |
| **JAMES JANNUZZIO, et al.,** *Third Party Plaintiffs,* | : : : : | |
| v. | : : | |
| **GREENVILLE VENTURES LLC,** *Nominal Counter Defendant,* | : : : | |
| and | : : | |
| **PETER C. DANBY, et al.,** *Third Party Defendants.* | : : : | |

## DISCOVERY ORDER

1. In accordance with Judge Kenney's December 8, 2022 Order and as confirmed in my email to all counsel dated February 20, 2023, which addressed production of metadata associated with text messages produced in discovery, Defendants must incorporate metadata into the produced images of the text messages, emails and other electronic communications that they have produced in discovery in this case.

2. On or before April 4, 2023, Defendants must bring themselves into compliance with the Court's December 8, 2022 Order concerning preservation and production of metadata. In the event that it is not technically possible to incorporate metadata into the produced versions of Slack messages or other particular types of electronic communications, Defendants shall explain in detail on or before April 4, 2023 the efforts they have made to produce the metadata and why it is not possible to do so.

-2-

JOSEPH C. CRAWFORD
SPECIAL MASTER

Dated: March 30, 2023