## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GREENVILLE VENTURES LLC,:** *Plaintiff,* | CIVIL ACTION |
| v. | |
| **JAMES JANNUZIO**, *et al.*, *Defendant.* | NO. 22-3214 |
| **JAMES JANNUZIO**, *et al.*, *Third Party Plaintiffs,* | |
| v. | |
| **GREENVILLE VENTURES LLC,:** *Nominal Counter Defendant,* | |
| and | |
| **PETER C. DANBY**, *et al.*, *Third Party Defendants.* | |

## ORDER

**AND NOW**, this **24th** day of **July 2023**, upon consideration of Defendants' Partial Motion for Summary Judgment (ECF No. 98) and Plaintiff's Response (ECF Nos. 116, 118), it is hereby **ORDERED** that Defendants' Motion for Summary Judgment (ECF No. 98) is **DENIED**.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**